1397-14
1398-14

# ELECTRONIC RECORD

COA # 02-12-00405-CR          OFFENSE: 2

STYLE: William Adrian Roberts v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRMED          TRIAL COURT: Criminal District Court No. 4

DATE: 09/18/14          Publish: YES     TC CASE #: 1215147D

# IN THE COURT OF CRIMINAL APPEALS

1397-14
1398-14

STYLE: William Adrian Roberts v. The State of Texas          CCA #: 1397-14  1398-14

__APPELLANT'S__ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

refused          JUDGE: _____

DATE: Mar 4, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD